**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:  Kenneth Hernandez                    Case No: 19-21969-BKC-PGH
      Odalys Perez                             Chapter 13


_____Debtors_____/

**OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE**
**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 32-1 | I.R.S. | $11,775.10 | |

Debtor objects to the amount of the unsecured general portion of the claim with respect to the tax year of 2016. Debtors filed their 2016 federal tax return which yielded a tax refund.

Accordingly, the unsecured general claim should be stricken and disallowed in its entirety in the amount of $11,775.10.

Dated this 16th day of February, 2020.

                                      Respectfully submitted,

                                      Bankruptcy Law Firm of Clare Casas PA
                                      Attorneys for Debtor
                                      7450 Griffin Road, Suite 260
                                      Davie, Florida  33314
                                      Telephone: (954) 327-5700
                                      Facsimile: (954) 727-9976
                                      E-mail: clarecasas@ombankruptcy.com

                                      BY /s/ Clare A. Casas_____
                                            Clare A. Casas (FBN 0663239)